USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
MICHAEL GRIBE, *derivatively on behalf of nominal* :
*defendant Vestis Corporation*, :
:
                          Plaintiff, :
:
            -against- :
:
KIMBERLY SCOTT, *et al.*, :
:
                        Defendants. :
-----------------------------------------------------------------X
-----------------------------------------------------------------X
:
LAWRENCE HOLLIN, *derivatively on behalf of* :
*nominal defendant Vestis Corporation*, :
:
                        Plaintiff, :
:
            -against- :
:
KIMBERLY SCOTT, *et al.*, :
:
                        Defendants. :
-----------------------------------------------------------------X

1:25-cv-6234-GHW
1:25-cv-6414-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On October 29, 2025, Plaintiff Lawrence Hollin submitted a "Notice of Partial Voluntary Dismissal." Dkt. No. 7. The Court declines to act on that submission because Plaintiff failed to review and comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 1(F). Plaintiff's proposed stipulation states that it is offered under FRCP 41(a)(2), rather than FRCP 41(a)(1)(A)(ii), and requests that the Court order the dismissal of his action. Plaintiff must submit a letter to the Court as required by Rule 1(F) of the Court's Individual Rules of Practice no later than November 10, 2025.

      Plaintiff's October 29, 2025 notice seeks dismissal of all of Plaintiff Hollin's individual claims. Dkt. No. 7 These cases were consolidated on August 26, 2025. Dkt. No. 7. Since the cases

were consolidated, no amended consolidated complaint has been filed; nor have any additional related actions have been filed. Accordingly, in the letter as required under Rule 1(F), Plaintiff is directed to address whether, in order to implement the requested relief, Plaintiff Hollin should dismiss his original action, leaving Plaintiff Gribe's action as the sole outstanding action.

    SO ORDERED.

Dated:  November 4, 2025
       New York, New York

                                                  GREGORY H. WOODS
                                          United States District Judge