USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VESTIS CORPORATION DERIVATIVE LITIGATION | Case No. 1:25-cv-06234-GHW<br><br>(Consolidated) |

**[PROPOSED] ORDER OF PARTIAL DISMISSAL OF
PLAINTIFF LAWRENCE HOLLIN'S INDIVIDUAL CLAIMS
PURSUANT TO FED. R. CIV. P. 23.1 AND 41(a)(2)**

This matter having come before the Court on plaintiff Lawrence Hollin's ("Plaintiff Hollin") Notice of Partial Voluntary Dismissal Pursuant to Fed. R. Civ. P. 23.1 and 41(a)(2) (the "Notice"), and after considering the Notice, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff Hollin's individual claims only in the Consolidated Derivative Action are hereby dismissed with prejudice as to Plaintiff Hollin only.

2. This Order shall have no effect on the claims of the remaining plaintiff in the Consolidated Derivative Action and the Consolidated Derivative Action shall remain open.

3. Notice to Vestis Corporation shareholders pursuant to Fed. R. Civ. P. 23(c) is not necessary.

4. As a result of the dismissal of Plaintiff Hollin's claims, the operative complaint in this matter is the complaint filed by Plaintiff Gribe, Dkt. No. 1, in the lead case, No. 25-cv-6234. The Clerk of Court is directed to close Plainiff Hollin's case, No. 25-cv-6414.

SO ORDERED.
Dated: November 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge